United States District Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, *Plaintiff,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:21cv2732 |
| CHAIRTIE ADDISON AND MARYLENE EVANS-HARRIS, *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 10, 2024, (Dkt. 37) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this 30th day of July, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE